1  **ROBERT H. HENSSLER, JR.**
California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE WILLIAM McCURINE, JR.)**

11  UNITED STATES OF AMERICA,  ) Case No. 08MJ0424
                              )
12       Plaintiff,            )
                              ) **NOTICE OF APPEARANCE**
13  v.                         )
                              )
14  **GILBERTO PLACENCIA-MEDINA**,  )
                              )
15                             )
         Defendant.            )
16  _____ )

17       Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

18  R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19  the above-captioned case.

20                                          Respectfully submitted,

21

22  Dated: February 26, 2008          /s/  *Robert R. Henssler, Jr.*
                                     **ROBERT R. HENSSLER, JR.**
23                                   Federal Defenders of San Diego, Inc.
                                     Robert_Henssler@fd.org
24                                   Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: February 26, 2008            */s/ Robert R. Henssler, Jr.*
                                    **ROBERT R. HENSSLER, JR.**
                                    Federal Defenders of San Diego, Inc.
                                    Robert_Henssler@fd.org