KAREN P. HEWITT
United States Attorney
AARON B. CLARK
Assistant U.S. Attorney
California State Bar No. 239764
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6787 / (619) 235-2757(Fax)
Email: aaron.clark@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0799BEN |
|---|---|---|
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| GILBERTO PLACENCIA-MEDINA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name (If none, enter "None" below)

None


Please call me if you have any questions about this notice.

DATED: March 25, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/*Aaron B. Clark*

_____
Aaron B. Clark
Assistant United States Attorney
Email: aaron.clark@usdoj.gov

Attorneys for Plaintiff
United States of America

Notice of Appearance
United States v. Placencio-Medina             2             08-CR-0799BEN

1      UNITED STATES DISTRICT COURT

2      SOUTHERN DISTRICT OF CALIFORNIA

3

4  UNITED STATES OF AMERICA,        )        Case No. 08-CR-0799BEN
                                    )
5         Plaintiff,                )
                                    )
6         v.                        )
                                    )        CERTIFICATE OF SERVICE
7  GILBERTO PLACENCIA-MEDINA,       )
                                    )
8         Defendant.                )
                                    )
9                                   )
                                    )
10  _____ )

11  IT IS HEREBY CERTIFIED THAT:

12       I, Aaron B. Clark, am a citizen of the United States and am at least eighteen years of age.  My
    business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
13
        I am not a party to the above-entitled action.  I have caused service of the Notice of
14  Appearance on the following parties by electronically filing the foregoing with the Clerk of the
    District Court using its ECF System, which electronically notifies them.
15
        1.  Robert R. Henssler
16
    I declare under penalty of perjury that the foregoing is true and correct.
17
    Executed on March 25, 2008.
18
                s/*Aaron B. Clark*
19              Aaron B. Clark

20

21

22

23

24

25

26

27
    Notice of Appearance
28  United States v. Placencio-Medina        3                    08-CR-0799BEN