1 **ROBERT R. HENSSLER JR.**
California State Bar No. 216165
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 email: Robert_Henssler@fd.org

5 Attorneys for Mr. Placencia-Medina

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0799-BEN |
| Plaintiff, | DATE: May 5, 2008 |
| | TIME: 2:00 p.m. |
| v. | |
| | NOTICE OF MOTIONS AND |
| **GILBERTO PLACENCIA-MEDINA**, | MOTIONS TO: |
| Defendant. | 1) COMPEL DISCOVERY; |
| | 2) PRESERVE EVIDENCE; |
| | 3) DISMISS INDICTMENT BECAUSE IT FAILS TO ALLEGE ALL ELEMENTS OF THE CHARGED OFFENSE; |
| | 4) DISMISS INDICTMENT BECAUSE IT VIOLATES DEFENDANT'S RIGHT TO PRESENTMENT; |
| | 5) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; AND |
| | 6) STRIKE SURPLUSAGE FROM INDICTMENT; |
| | 7) PRODUCE GRAND JURY TRANSCRIPTS; |
| | 8) SUPPRESS STATEMENTS; AND |
| | 9) LEAVE TO FILE FURTHER MOTIONS |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        AARON CLARK, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on May 5, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, Gilberto Placencia-Medina, by and through counsel, Robert R. Henssler Jr., and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

1-28 (pleading paper)

# MOTIONS

**Gilberto Placencia-Medina**, by and through counsel, Robert R. Henssler, Jr., and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Compel Discovery;
2) Preserve Evidence;
3) Dismiss Indictment Because it Fails to Allege All Elements of the Charged Offense;
4) Dismiss Indictment Because it Violates Defendant's Right to Presentment;
5) Dismiss Indictment Due to Misinstruction of the Grand Jury; and
6) Strike Surplusage from Indictment;
7) Produce Grand Jury Transcripts;
8) Suppress Statements; and
9) Leave to File Further Motions

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

/s/ *Robert R. Henssler, Jr.*

Dated: April 21, 2008

**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Placencia-Medina

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Aaron Clark
U S Attorneys Office Southern District of California
Email: Aaron.Clark@usdoj.gov

Dated: April 21, 2008                    */s/ Robert R. Henssler, Jr.*
ROBERT R. HENSSLER, JR.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Robert_Henssler@fd.org