**ROBERT R. HENSSLER JR.**
California State Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
email: Robert_Henssler@fd.org

Attorneys for Mr. Placencia-Medina

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0799-BEN |
| Plaintiff, | DATE: July 1, 2008<br>TIME:  9:00 a.m. |
| v. | NOTICE OF MOTIONS *IN LIMINE* AND MOTIONS *IN LIMINE* TO: |
| GILBERTO PLACENCIA-MEDINA, | (1) PRECLUDE 404(b) AND 609 EVIDENCE;<br>(2) PRECLUDE DEPORTATION DOCUMENTS AS EVIDENCE OF ALIENAGE;<br>(3) COMPEL INSPECTION OF CERTIFIED DOCUMENTS PRE-TRIAL;<br>(4) PRECLUDE THE "A-FILE CUSTODIAN" FROM TESTIFYING ABOUT IMMIGRATION PROCEEDINGS;<br>(5) PRECLUDE THE "A-FILE CUSTODIAN" FROM TESTIFYING ABOUT DATABASE SEARCHES;<br>(6) ALLOW IMPEACHMENT OF ALL HEARSAY DECLARANTS; AND<br>(7) GRANT LEAVE TO FILE FURTHER MOTIONS. |
| Defendant. | |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
    AARON CLARK, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that, on Tuesday, July 1, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the accused, Gilberto Placencia-Medina, by and through his attorneys, Robert R. Henssler, Jr., and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

**MOTIONS**

Gilberto Placencia-Medina, the accused in this case, by and through his attorneys, Robert R. Henssler, Jr., and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1)  Preclude 404(b) and 609 Evidence;

2)  Preclude Deportation Documents as Evidence of Alienage;

3)  Compel Inspection of Certified Documents Pre-trial;

4)  Preclude the "A-file Custodian" from Testifying about Immigration Proceedings;

5)  Preclude the "A-file Custodian" from Testifying about Database Searches;

6)  Allow Impeachment of All Hearsay Declarants; and

7)  Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED:     June 16, 2008                       */s/ Robert R. Henssler,* Jr.
                                               **ROBERT R. HENSSLER, JR.**
                                               Federal Defenders of San Diego, Inc.
                                               Attorneys for Mr. Placencia-Medina
                                               Robert_Henssler@fd.org